**Raymond YOUNG, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 37008.**

Missouri Court of Appeals,
Western District.

Dec. 31, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 4, 1986.

Application to Transfer Denied April 15, 1986.

Sharon M. Busch, Carol Jo Larkin, Public Defenders, Columbia, for movant-appellant.

William Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, P.J., and SHANGLER, and MANFORD, JJ.

### ORDER

PER CURIAM:

Appeal from the denial of post-conviction relief sought pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).